HOGAN LOVELLS US LLP
Stephanie Yonekura (Bar No. 187131)
Michelle Roberts Gonzales (Bar No. 292075)
1999 Avenue of the Stars, Suite 1400
Los Angeles, California  90067
Telephone:   (310) 785-4600
Facsimile:    (310) 785-4601
stephanie.yonekura@hoganlovells.com
michelle.roberts.gonzales@hoganlovells.com

Attorneys for Defendants
MEDICAL SUPPORT LOS ANGELES,
INC., and MSLA MANAGEMENT, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Ex rel.* John M. Williams, Sr., M.D., M.P.H., Relator<br><br>Plaintiff,<br><br>v.<br><br>MEDICAL SUPPORT LOS ANGELES, A MEDICAL CORPORATION, A/K/A MSLA; MSLA MANAGEMENT, LLC<br><br>Defendants. | Case No.  8:20-cv-00198-CBM-DFM<br><br>**DEFENDANTS MEDICAL SUPPORT LOS ANGELES, INC. AND MSLA MANAGEMENT, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Complaint Filed: Jan. 30, 2020<br>SAC Filed: Dec. 10, 2021<br><br>Date: February 22, 2022<br>Time: 10 a.m.<br>Courtroom: 8B<br><br>Honorable Consuelo B. Marshall<br><br>*[Filed Concurrently With Defendants' Memorandum of Points and Authorities in Support of Motion to Dismiss, Defs.' Application to Seal, Declaration of M. Roberts Gonzales, and Proposed Order]* |

# NOTICE OF MOTION AND MOTION TO DISMISS

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 22, 2022, at 10 a.m., or as soon thereafter as the matter may be heard by the Court, in Courtroom 8B before the Honorable Consuelo B. Marshall, Defendants Medical Support Los Angeles, Inc., and MSLA Management, LLC (collectively "MSLA") will and hereby do move the Court for an order dismissing all claims for relief asserted in the Second Amended Complaint based on Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6) and 31 U.S.C. § 3730(e)(4).

The motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, all pleadings and papers filed in this action, any oral argument of counsel, and any other matters that may come before the Court.

The motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place by e-mail on January 4-5, 2022. Despite their good faith efforts, the Parties were unable to resolve the issues raised in this motion, and Relator's counsel indicated that they intend to oppose the motion.

Dated: January 11, 2022       HOGAN LOVELLS US LLP

By: */s/ Stephanie Yonekura*
Stephanie Yonekura
Michelle Roberts Gonzales
Attorneys for Defendants